No. D–2559. IN RE DISBARMENT OF STANTON. Disbarment entered. [For earlier order herein, see 562 U. S. 816.]

No. D–2561. IN RE DISBARMENT OF CRAWFORD. Disbarment entered. [For earlier order herein, see 562 U. S. 817.]

No. D–2562. IN RE DISBARMENT OF RADOLOVICH. Disbarment entered. [For earlier order herein, see 562 U. S. 817.]

No. 10–680. HOWES, WARDEN v. FIELDS. C. A. 6th Cir. [Certiorari granted, 562 U. S. 1199.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 10–694. JUDULANG v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. [Certiorari granted, ante, p. 935.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 10–930. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. VALENCIA GONZALES. C. A. 9th Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 10–1064. FARINA v. NOKIA, INC., ET AL. C. A. 3d Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States. THE CHIEF JUSTICE and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–9204. CHAVEZ ET AL. v. MEDICAL ASSURANCE CO., INC., ET AL. Sup. Ct. Ark.; and

No. 10–9902. SEYDY v. HOLDER, ATTORNEY GENERAL. C. A. 6th Cir. Motions of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until June 21, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–10327. IN RE POIRIER. Petition for writ of habeas corpus denied.

No. 10–10274. IN RE KIDERLEN. Petition for writ of mandamus denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8974. PERRY v. NEW HAMPSHIRE. Sup. Ct. N. H. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted.